UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| KIM L. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSAL PROPERTY AND CASUALTY INSURANCE CO., UNIVERSAL RISK ADVISORS, INC., UNIVERSAL ADJUSTING CORPORATION, JANELLE STEVENS, HERCULES JOHNSON AND THE EDISTO INSURANCE AGENCY,<br><br>    Defendants. | Civil Action No. 5:17-CV-03268-JMC<br><br>**CONSENT ORDER TO REMAND** |

The Plaintiff and the Defendants, by and through their undersigned counsel, do hereby consent to the remand of this matter to the Court of Common Pleas for Orangeburg County, South Carolina.

IT IS NOW THEREFORE ORDERED that this action be and is hereby remanded to the Court of Common Pleas for Orangeburg County, and the Clerk of this Court is ordered to transfer the file to the Clerk of Court for Orangeburg County, South Carolina for further proceedings herein.

This 19 day of December, 2017.

*J. Michelle Childs*

The Honorable J. Michelle Childs
United States District Court Judge

1